IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:21-cv-21-D

| | |
|---|---|
| DAEDONG-USA, INC. d/b/a KIOTI FINANCING DIVISION, <br><br> Plaintiff, <br><br> v. <br><br> THOMPSON OUTDOOR POWER, LLC, and DONALD THOMPSON, <br><br> Defendants. | ENTRY OF DEFAULT |

Plaintiff Daedong-USA, Inc. has moved for entry of default against Defendants Thompson Outdoor Power, LLC and Donald Thompson. Defendants were required to answer or otherwise respond to the complaint by February 8, 2021. That deadline has now passed, but neither Defendant has appeared in this litigation or responded to complaint.

DEFAULT therefore is ENTERED against Defendants Thompson Outdoor Power, LLC and Donald Thompson.

SO ORDERED, this the 16 day of March, 2021.

_____
Peter A. Moore, Jr.
Clerk of Court