IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:21-cv-21-D

DAEDONG-USA, INC. d/b/a
KIOTI FINANCING DIVISION,

    Plaintiff,

v.

THOMPSON OUTDOOR POWER, LLC,
and DONALD THOMPSON,

    Defendants.

DEFAULT JUDGMENT

Plaintiff Daedong-USA, Inc. has moved for default judgment against Defendants Thompson Outdoor Power, LLC and Donald Thompson. Based on the filings, the Court finds as follows:

1. Plaintiff commenced this action on January 14, 2021.

2. Plaintiff properly served both Defendants on January 20, 2021 with copies of the complaint and summons.

3. Since then, neither Defendant has appeared, answered, or otherwise responded to the complaint.

4. After the time passed for Defendants to answer the complaint, and upon motion of Plaintiff, the Court entered default against both Defendants on March 16, 2021.

5. Plaintiff now moves for default judgment against both Defendants for a sum certain, or for a sum that can be made certain by computation.

THEREFORE, it is hereby ORDERED that judgment is entered against Defendants in and favor of Plaintiffs as follows:

(a) Defendants Thompson Outdoor Power, LLC and Donald Thompson are jointly and severally liable to Plaintiff Daedong-USA, Inc. for the principal amount of $134,030.82; plus accrued interest as of April 19, 2021, in the amount of $12,437.48, plus any other interest accruing in the amount of $57.93 per day until the date this judgment is entered; plus attorney's fees in the amount of $21,144.74; plus costs of $402; for a total amount of $168,015.04.

(b) Defendants are liable for post-judgment interest until the judgment is paid.

SO ORDERED, this the **20** day of May, 2021.

JAMES C. DEVER III
United States District Judge